E-FILED
Monday, 12 January, 2026  10:11:32 PM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION**

| | | |
|---|---|---|
| Jane Talkington, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 1:25-cv-1318-JEH-RLH |
| | ) | |
| Sharla Helton, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |
| Sharla Helton, | ) | |
| | ) | |
| Defendant/Counter Plaintiff/Third-Party Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Jane Talkington, | ) | |
| | ) | |
| Counter-Defendant | ) | |
| | ) | |
| AND | ) | |
| | ) | |
| Megan McCue, | ) | |
| | ) | |
| Third-Party Defendant. | ) | |

**SUMMONS IN A CIVIL ACTION**

To:    Megan McCue
       4733 Quail Meadow Way    -OR-    4611 Quail Hollow Ct.
       Fair Oaks, CA  95628              Fair Oaks, CA  95628

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil

Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Douglas J. Sorocco
> Dunlap Codding, PC
> 609 W. Sheridan Avenue
> Oklahoma City, OK  73102
> 405.607.8600

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

*[Remainder of Page Intentionally Left Blank]*

**Civil Action No. 1:25-cv-1318-JEH-RLH**

**PROOF OF SERVICE**

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

      This summons for (*name of individual and title, if any*)_____
Was received by me on (*date*) _____.

\_\_\_     I personally served the summons on the individual at (*place*)_____
_____ on (*date*) _____; or

\_\_\_     I left the summons at the individual's residence or usual place of abode with (*name*)____
_____, a person of suitable age or discretion who
resides there, on (*date*) _____, and mailed a copy to the individual's last
known address; or

\_\_\_     I served the summons on (*name of individual*) _____,
who is designated by law to accept service of process on behalf of (*name of organization*)
_____ on (*date*); or

\_\_\_     I returned the summons unexecuted because _____
_____; or

\_\_\_     Other (*specify*):


      My fees are $_____ for travel and $_____ for services, for a total of $_____.

      I declare under penalty of perjury that this information is true.


Date:_____                 _____
                                            *Server's signature*


                                         _____
                                            *Printed name and title*


Additional information regarding attempted service, etc: